# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **WELLS FARGO BANK, N.A.,** : | |
| : | |
| **Plaintiff,** : | |
| : | Case No. 07-CV-1040 |
| v. : | |
| : | **JUDGE ALGENON L. MARBLEY** |
| **SCOTT SAYRE,** *et. al.*, : | **Magistrate Judge Terrence P. Kemp** |
| : | |
| **Defendants.** : | |

## ORDER

The Court hereby administratively closes this case pending settlement negotiations.  The Court retains jurisdiction over this matter and will reopen this case at the request of Plaintiff Wells Fargo if the parties fail to come to an agreement.

**IT IS SO ORDERED**.

    s/Algenon L. Marbley
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT COURT**

**Dated: August 6, 2008**